IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEONARD A. CALABREE and** | : | CIVIL ACTION |
| **JULIA MANIERI, as Executors of the** | : | |
| **Estate of Lucille Calabree,** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No.: 13-cv-00828 |
| | : | |
| **EATON MEDICAL PLAN FOR RETIREES** | : | |
| **AND OTHER ELIGIBLE INDIVIDUALS,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this __24th__ day of June, 2015, upon consideration of Plaintiffs' Motion to Request Additional Discovery (ECF No. 19), Defendant's Response in opposition thereto (ECF No. 22), Plaintiffs' Reply (ECF No. 26); and Defendant's Sur-Reply (ECF No. 29), and for the reasons stated in the Memorandum Opinion filed this date, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

              BY THE COURT:

              __/s/ Lynne A. Sitarski__
              LYNNE A. SITARSKI
              UNITED STATES MAGISTRATE JUDGE